### (March 9, 1961)

■ DAVID G. TAYLOR, Respondent, v. GILBERT G. LEHV, Appellant, et al., Defendants.— Order, entered on July 20, 1960, granting plaintiff leave to serve an amended complaint alleging causes of action against defendant-appellant in his individual capacity, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ AUGUST ZAULICH, Respondent, v. THOMPKINS SQUARE HOLDING CO., INC., Appellant.— Order, entered on December 13, 1960, granting plaintiff's motion for leave to serve an amended verified and supplemental bill of particulars, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ IRVING TRUST COMPANY et al., as Trustees under a Trust Made by DANIEL B. BURNHAM, JR., Respondents, v. DANIEL B. BURNHAM, JR., et al., Respondents, and JOHANNA B. VANDERBEEK et al., Appellants, et al., Defendants.— Order entered on October 14, 1960, denying defendants-appellants' motion to vacate and set aside an order entered in the Supreme Court, New York County, on July 12, 1960, appointing a guardian ad litem for defendant, Daniel B. Burnham, Jr., unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ MAYDOLE HAMMER CORPORATION, Appellant, v. LAWRENCE WAREHOUSE COMPANY, Respondent, et al., Defendant.— Order entered on August 5, 1959, denying plaintiff's motion to permit substitution of the party plaintiff and for leave to serve an amended complaint, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ JACOB GRIFFEL v. ARTHUR B. BELFER.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., Rabin, Valente, Eager and Noonan, JJ.

■ JOSEPH NURNBERG v. C. IRVING DWORK et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. The plaintiff's time to serve an amended complaint is extended until 20 days from the service of a copy of the order entered herein, with notice of entry, upon the attorneys for the plaintiff. Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.

■ LEO LEHMANN, by IRWIN LEHMANN, as Administrator of the Estate of LEO LEHMANN, Deceased, v. MANHATTAN EYE, EAR & THROAT HOSPITAL.— Motion for leave to reargue or for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Eager and Bergan, JJ.

■ ETHEL MERKER et al. v. AARON MERKER et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ RALPH GONZALEZ et al. v. BETTY LEVINE.— Motion for leave to reargue denied, with $10 costs. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD SEILER.— Motion for reargument granted and upon such reargument motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order filed herein. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.